IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMUS REILLY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 09-2465 |
| UPPER DARBY TOWNSHIP, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 16th day of August, 2011, upon careful consideration of defendant Upper Darby Township's ("Upper Darby's") motion for summary judgment (docket no. 21), plaintiff Shamus Reilly's opposition thereto, and Upper Darby's reply, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/William H. Yohn, Jr., Judge
William H. Yohn, Jr., Judge